Submitted June 21, 1983. Peter Alan Levin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.

BROSKY, J., filed a memorandum concurring opinion.

468 A.2d 847

Commonwealth v. DeKeyser, Appellant.

Petition for Allowance of Appeal
Denied March 7, 1984.

Submitted July 27, 1983. Francis J. Moran, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

468 A.2d 848

Commonwealth v. Dennis, Appellant.

Appeal Granted April 3, 1984. 473 A.2d 572.

608

Submitted September 15, 1983. Leon Wilbert Tucker, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.

468 A.2d 848

Commonwealth v. Dennis, Appellant.

Argued February 4, 1983. David Rudovsky, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge William W. Vogel is affirmed.

468 A.2d 848

Commonwealth v. Devlin, Appellant.